Harold ROBERTS et al., Appellants,

v.

FEDERAL CROP INSURANCE COR-PORATION, Appellee.

No. 16002.

United States Court of Appeals
Ninth Circuit.

Nov. 19, 1958.

Kimball & Clark, Ned W. Kimball, Waterville, Wash., for appellants.

Dale M. Green, U. S. Atty., Robert L. Fraser, Asst. U. S. Atty., Spokane, Wash., for appellee.

Before BARNES and HAMLEY, Circuit Judges, and GOODMAN, District Judge.

PER CURIAM.

The District Court granted summary judgment in favor of appellee upon the ground that the record showed that appellants had failed to comply with the conditions precedent of crop insurance issued to them by appellee. The issue presented on the motion below and again on appeal here was whether or not the appellee had lawfully waived or was estopped to require compliance by appellants with the conditions precedent of the insurance contract.

Judge Sam Driver justly and properly disposed of the cause and we adopt his reasons as ours for affirming the judgment.

Affirmed on opinion below, Roberts v. Federal Crop Insurance Corporation, D.C. E.D.Wash.1958, 158 F.Supp. 688.

BEACON FRUIT & PRODUCE CO., Inc., et al., Plaintiffs, Appellants,

v.

H. HARRIS & CO., Inc., et al., Defendants, Appellees.

No. 5363.

United States Court of Appeals
First Circuit.

Nov. 19, 1958.

Sigmund Timberg, Washington, D. C., with whom Lawrence R. Cohen, Boston, Mass., was on brief, for appellants.

Richard Maguire, Boston, Mass., with whom Thomas J. Carens, Robert J. Sherer, John L. Saltonstall, Jr., I. J. Silverman, Maguire, Roche & Leen and Hill, Barlow, Goodale & Adams, Boston, Mass., were on brief, for appellees.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

This appeal involves an action for treble damages under the federal antitrust laws. We are entirely satisfied that the findings of fact by the district court were amply supported by the evidence, and that on these findings the district court had to enter the judgment it did, namely a judgment dismissing the action on the merits.

A judgment will be entered affirming the judgment of the District Court.